[No. 12689-3-II. Division Two. October 17, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD J. ORTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 88-1-01012-9, Robert L. Harris, J., entered February 16, 1989. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J. Pro Tem.

[No. 23366-1-I. Division One. October 22, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ROBERTO PINEDA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-03735-0, Jerome M. Johnson, J., entered December 8, 1988. *Dismissed* by unpublished per curiam opinion.

[Nos. 23867-1-I; 24453-1-I.. Division One. October 22, 1990.]

ANTHONY SCHWAB, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeals from judgments of the Superior Court for King County, Nos. 86-2-15213-0, 89-2-06121-0, John M. Darrah and Frank L. Sullivan, JJ., entered February 6, 1987, and July 5, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Pekelis, JJ.